USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVITO,

                          Plaintiff,

—against—

LINDSAY, ET AL.,

                          Defendants.

18 Civ. 10397 (PED)

TRIAL ORDER

    Jury selection in this action will be held on **March 29 or March 30, 2022 (depending on jury panel availability), at 9:30 a.m.**

    Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue from day to day from 9:30 a.m. until 5:00 p.m.

    Proposed voir dire and witness lists must be filed by **March 4, 2022.**

    Proposed jury instructions and a proposed verdict form must be filed by **March 4, 2022. Each party must submit a complete jury instruction for each claim or defense the party wishes to present to the jury, and each proposed jury instruction shall indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.**

    Any motions *in limine*, as well as any trial memoranda counsel wishes to submit, shall be filed by **February 18, 2022.**

    Responses to motions *in limine* shall be filed by **February 25, 2022.** Any replies are due **March 4, 2022.**

    The aforementioned papers shall be filed with the Clerk of the Court. **Counsel shall simultaneously provide courtesy copies to Chambers.**

    **Counsel shall pre-mark all exhibits. Counsel shall provide the Court with courtesy copies of all exhibits, as well as any deposition transcripts to be used at trial, prior to the start of trial.**

    The Court will conduct a telephonic pretrial conference on **March 11, 2022, at 9:30 a.m.**.

Dated: December 8, 2022
       White Plains, New York

SO ORDERED

PAUL E. DAVISON
United States Magistrate Judge