UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Devito<br><br>**Plaintiff,**<br><br>- *against* -<br><br>Lindsay, et al. ,<br><br>**Defendant,** | ORDER<br><br>7:18-cv-10397-PED |

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days of the date hereof.

Dated: March 8, 2022
       White Plains, New York

SO ORDERED:

_____
PAUL E. DAVISON, U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Mar 8, 2022**